## UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
WARREN B. RUDMAN U.S. COURTHOUSE
55 PLEASANT STREET
CONCORD, NEW HAMPSHIRE  03301-3941

**Office of the Clerk**
James R. Starr
Clerk

Telephone
603-225-1423

August 11, 2008

In re:   Civil No. 08-cv-279-JL, <u>Picard v. High Liner Food (USA), Inc.</u>

To:   Clerk, Rockingham Superior Court
Formerly your case #(s): 08-E-0321


  By Court order, the above case was remanded to your court.  We enclose a certified copy of the order and docket entries.

  Counsel/pro se parties are herewith notified by copy of this letter that no pleadings (or copies of pleadings) filed in our court are being sent to the Superior Court.  If there are outstanding issues which counsel/pro se parties wish the Superior Court to consider, copies of such pleadings shall be refiled with the Superior Court Clerk.

  Orders of remand are not reviewable on appeal or otherwise, except in certain civil rights cases.  See 28 USC 1447(d), 1443.


              JAMES R. STARR
              CLERK

Enclosures

cc:   Ralph Woodman, Jr., Esq.
   Amy Celeste Mackin, Esq.
   Christopher Cole, Esq.
   Karyl Roberts Martin, Esq.